# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| The Boeing Company | ) | ASBCA No. 59217 |
| | ) | |
| Under Contract No. 000000-00-0-0000 | ) | |

APPEARANCES FOR THE APPELLANT:     Martin P. Willard, Esq.
                                   Richard B. Clifford, Jr., Esq.
                                     Perkins Coie
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Lawrence S. Rabyne, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59217, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals